

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-16-00482-CV

Trial Court Cause Number: 2010-39403

Style: CEVA Logistics U.S., Inc. and CEVA Freight, LLC

v Acme Truck Line, Inc.

Date motion filed*: March 20, 2017

Type of motion: Motion for leave to file sur-reply brief

Party filing motion: Appellee

Document to be filed: Sur-reply brief

Is appeal accelerated? ☐ YES ☐ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due: June 2, 2017

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Terry Jennings
☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: May 16, 2017